# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2021

161908

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

COLLINS LOUIS GLENN, III,
    Defendant-Appellant.

SC: 161908
COA: 341721
Wayne CC: 17-005161-FC

_____/

On order of the Court, the application for leave to appeal the July 2, 2020 judgment of the Court of Appeals is considered. We DIRECT the Wayne County Prosecuting Attorney to file a supplemental answer to the application for leave to appeal within 28 days after the date of this order. The answer should focus on the defendant's issue regarding newly discovered evidence.

The application for leave to appeal remains pending.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2021
_____

t0419

_____
Clerk